# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162163

GAVRIL MICLEA,
      Plaintiff,

and

MICHIGAN HEAD & SPINE
INSTITUTE, P.C.,
      Intervening Plaintiff,

v

CHEROKEE INSURANCE COMPANY,
      Defendant-Appellant,

and

AUTO CLUB INSURANCE ASSOCIATION,
      Defendant-Appellee,

and

MICHIGAN ASSIGNED CLAIMS PLAN
and MICHIGAN AUTOMOBILE
INSURANCE PLACEMENT FACILITY,
      Defendants.

_____/

SC:  162163
COA:  344694
Wayne CC:  16-011913-NF

      On order of the Court, the application for leave to appeal the September 17, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



b0601

                            Clerk